UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>          Plaintiffs,<br><br>v.<br><br>GLORIA JACKSON,<br><br>          Defendant. | CIVIL ACTION FILE<br><br>No. 5:06-cv-00230-DF |

## **DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Motion for Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the fifteen sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Twelve Thousand Dollars ($12,000.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Basket Case," on album "Dookie," by artist "Green Day" (SR# 185-457);
- "One Step Closer," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);
- "9 Teen 90 Nine," on album "Significant Other," by artist "Limp Bizkit" (SR# 279-827);
- "Josie," on album "Dude Ranch," by artist "Blink-182" (SR# 243-969);
- "All the Small Things," on album "Enema of the State," by artist "Blink-182" (SR# 279-826);
- "Giving In," on album "Adema," by artist "Adema" (SR# 302-233);
- "Grindin'," on album "Lord Willin'," by artist "Clipse" (SR# 321-673);
- "My Own Worst Enemy," on album "A Place in the Sun," by artist "Lit" (SR# 264-272);
- "All in the Family," on album "Follow the Leader," by artist "Korn" (SR# 263-749);
- "Dead," on album "Issues," by artist "Korn" (SR# 276-133);
- "Brain Damage," on album "The Slim Shady LP," by artist "Eminem" (SR# 262-686);
- "Ex-Girlfriend," on album "Return of Saturn," by artist "No Doubt" (SR# 279-927 );
- "Caress Me Down," on album "Sublime," by artist "Sublime" (SR# 224-105 );

- "We Didn't Start the Fire," on album "Storm Front," by artist "Billy Joel" (SR# 109-420);
- "Learn To Fly," on album "There is Nothing Left To Lose," by artist "Foo Fighters" (SR# 285-034 ).
- "Vitamin," on album "SCIENCE," by artist "Incubus" (SR# 249-690).

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

So Ordered, this the 12th day of February, 2007.

**S/ Hugh Lawson**
HUGH LAWSON, Judge